**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Andrew J. Rowbotham (SBN 301367)
arowbotham@haineslawgroup.com
Ian T. Mallery (SBN 359132)
imallery@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

**STONEBROOK LAW**
Joseph Tojarieh (SBN 265492)
jft@stonebrooklaw.com
10250 Constellation Boulevard, Suite 2300
Los Angeles, California 90067
Tel: (310) 553-5533
Fax: (310) 553-5535
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OLGA BROWN, FERNANDO CORCUCHIA, WILLIAM MOORE, MICHAEL SANDOVAL, TOM SCIARA, and SAMMUEL VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION; NYLIFE INSURANCE COMPANY OF ARIZONA; NYLIFE SECURITIES LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-05141-JSC<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO ARBITRATION OF INDIVIDUAL CLAIMS, DISMISS CLASS CLAIMS, AND STAY ACTION**<br><br>Date: October 1, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Jacqueline Scott Corley<br><br>Filed: April 21, 2026<br>Removed: May 29, 2026<br>Trial Date: None Set |

# REQUEST FOR JUDICIAL NOTICE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** Pursuant to Federal Rule of Evidence 201(b)(2) and (c)(2), Plaintiffs Olga Brown, Fernando Corcuchia, William Moore, Michael Sandoval, Tom Sciara, and Sammuel Valdez respectfully request that the Court take judicial notice of the following public court records in considering Plaintiffs' Opposition to Defendants' Motion to Compel Plaintiffs to Arbitration of Individual Claims, Dismiss Class Claims, and Stay Action:

1. **Exhibit A** is a true and correct copy of the Register of Actions generated on September 1, 2026 in *New York Life Insurance Company v. Fernando Corcuchia, et al.*, San Francisco County Superior Court Case No. CGC-24-616807.

2. **Exhibit B** is a true and correct copy of the Complaint for Breach of Contract filed by New York Life Insurance Company on July 26, 2024 in *New York Life Insurance Company v. Fernando Corcuchia, et al.*, San Francisco County Superior Court Case No. CGC-24-616807.

3. **Exhibit C** is a true and correct copy of the filed Order Granting the Joint Ex Parte Application for Entry of Stipulated Judgment, entered on September 4, 2025 in *New York Life Insurance Company v. Fernando Corcuchia, et al.*, San Francisco County Superior Court Case No. CGC-24-616807.

Federal Rule of Evidence 201 permits judicial notice of a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). Court filings and other matters of public record are proper subjects of judicial notice. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

Plaintiffs request judicial notice of the existence and contents of these court records, the allegations and positions New York Life asserted in its Complaint, the procedural history reflected in the Register of Actions, and the existence and terms of the judgment entered by the Superior Court. Plaintiffs do not request judicial notice of the truth of any reasonably disputed factual allegation contained in the Complaint. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (explaining that judicial notice of a public record does not establish the truth

of disputed factual assertions within it). These records are relevant to whether the 2017 Partner's Employment Agreement invoked by New York Life governs claims arising from Corcuchia's later agent relationship and, if so, whether New York Life acted inconsistently with its asserted arbitration right by prosecuting a contract action arising from that relationship through judgment and postjudgment enforcement proceedings.

Accordingly, Plaintiffs respectfully request that the Court take judicial notice of **Exhibits A through C**.

Dated: September 3, 2026

Respectfully submitted,
HAINES LAW GROUP, APC

By: ______________________________
Andrew J. Rowbotham
Attorneys for Plaintiffs