# EXHIBIT A

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CGC24616807
Title: NEW YORK LIFE INSURANCE COMPANY VS. FERNANDO CORCUCHIA ET AL
Cause of Action: CONTRACT/WARRANTY
Generated: 2026-09-01 12:40 pm

Register of Actions Parties Attorneys Calendar Payments Documents

**Please Note: The "View" document links on this web page are valid until 12:50:36 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh bu browser)**

## Register of Actions

Show All entries Search:

| Date | Proceedings | Document | F |
|---|---|---|---|
| 2026-08-19 | ORDER OF EXAMINATION AUG-19-2026 DISCHARGED AS TO DEFENDANT FERNANDO CORCUCHIA - JUDGE MICHELLE TONG; CLERK: DAMON CARTER; DEPT. 505 - MATTER NOT REPORTED - NO APPEARANCE | | |
| 2026-08-17 | NOTICE OF TAKING DEBTOR EXAMINATION OFF CALENDAR (TRANSACTION ID # 80366177) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2026-08-11 | NOTICE OF REMOTE APPEARANCE (TRANSACTION ID # 80308187) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2026-08-06 | NOTICE OF REMOTE APPEARANCE (TRANSACTION ID # 80248165) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2026-08-05 | NOTICE OF REMOTE APPEARANCE (TRANSACTION ID # 80243792) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2026-07-08 | PROOF OF SERVICE (TRANSACTION ID # 79978647) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2026-06-17 | ORDER OF EXAMINATION ISSUED FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY AS TO DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL OEX HEARING SET FOR AUG-19-2026 AT 11:00 AM IN DEPT 505 | View | |
| 2025-09-16 | MASTER COURT TRIAL CALENDAR SET FOR DEC-15-2025 VACATED. JUDGMENT FILED ON 9/4/25. (206) | | |
| 2025-09-05 | NOTICE OF ENTRY OF JUDGMENT (TRANSACTION ID # 77012391) | View | |
| 2025-09-04 | THE COURT ORDERED THE FOLLOWING STIPULATED JUDGMENT ENTERED: IT IS ADJUDGED THAT PLAINTIFF NEW YORK LIFE INSURANCE COMPANY RECOVER FROM DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL $100,000.00 PRINCIPAL, TOTAL JUDGMENT $100,000.00, SEE SCANNED DOC | View | |
| 2025-09-04 | ORDER GRANTING JOINT EX PARTE APPLICATION FOR ENTRY OF STIPULATED JUDGMENT. | View | |
| 2025-09-03 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76989665) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2025-09-03 | DECLARATION OF MENGMENG ZHANG IN SUPPORT OF JOINT EX PARTE APPLICATION FOR ENTRY OF THE STIPULATED JUDGMENT (TRANSACTION ID # 76989665) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2025-09-03 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT EX PARTE APPLICATION FOR ENTRY OF THE STIPULATED JUDGMENT (TRANSACTION ID # 76989665) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |

| Date | Proceedings | Document | Fe |
|---|---|---|---|
| 2025-09-03 | NOTICE OF JOINT EX PARTE APPLICATION FOR ENTRY OF STIPULATED JUDGMENT (TRANSACTION ID # 76989665) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2025-04-22 | MASTER COURT TRIAL CALENDAR SET FOR AUG-18-2025 CONTINUED TO MASTER CALENDAR COURT ON DEC-15-2025 AT 9:30 AM IN 206 PER EX PARTE ORDER FILED 4/22/25. (206) | | |
| 2025-04-22 | ORDER GRANTING PLAINTIFF NEW YORK LIFE INSURANCE COMPANY'S EX PARTE APPLICATION FOR AN ORDER CONTINUING TRIAL | View | |
| 2025-04-18 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76103378) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2025-04-18 | ASSOCIATION OF ATTORNEYS, / NOTICE OF APPEARANCE OF NICOLE K. SMITH (TRANSACTION ID # 76103378): SMITH, NICOLE K. ADDED AS ATTORNEY FOR NEW YORK LIFE INSURANCE COMPANY | View | |
| 2025-04-18 | DECLARATION OF MENGMENG ZHANG IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DAATES (TRANSACTION ID # 76103378) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2025-04-18 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES (TRANSACTION ID # 76103378) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2025-04-18 | NOTICE OF EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES (TRANSACTION ID # 76103378) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2025-04-16 | STIPULATION TO CONTINUE TRIAL (TRANSACTION ID # 76083828) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2024-12-27 | NOTICE OF TIME AND PLACE OF TRIAL, COURT TRIAL SET FOR AUG-18-2025 AT 9:30 AM IN DEPT. 206. CASE MANAGEMENT CONFERENCE ON JAN-08-2025 IS OFF CALENDAR. NOTICE SENT BY COURT. | View | |
| 2024-12-24 | NOTICE OF REMOTE APPEARANCE (TRANSACTION ID # 75307498) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2024-12-11 | CASE MANAGEMENT STATEMENT (TRANSACTION ID # 75202770) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY ESTIMATED TIME FOR TRIAL: 2.0 DAYS | View | |
| 2024-11-20 | ORDER ON COURT FEE WAIVER AFTER HEARING (GRANTED) | View | |
| 2024-11-20 | MASTER CALENDAR FEE WAIVER HEARING ON NOV-20-2024 IN DEPT. 206, HEARING ON APPLICANT/DEFENDANT FERNANDO CORCUCHIA'S WAIVER OF COURT FEES AND COSTS. APPEARANCE BY APPLICANT. THE COURT GRANTED THE APPLICATION IN WHOLE. ORDER SIGNED, AND ENDORSED-FILED COPY MAILED TO APPLICANT. JUDGE: ROCHELLE C. EAST; MATTER NOT REPORTED (206) | | |
| 2024-11-06 | REMOVED FROM DENIED FEE WAIVER PAID CALENDAR: APPLICANT/DEFENDANT FERNANDO CORCUCHIA HAS A NEW FEE WAIVER HEARING DATE OF 11/20/24 AT 9:30 AM IN DEPT. 206. (206) | | |
| 2024-11-06 | HEARING ORDERED FOR APPLICATION OF WAIVER OF COURT FEES FILED BY DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL HEARING SET FOR NOV-20-2024 AT 09:30 AM IN DEPT 206 | View | |
| 2024-10-31 | REQUEST FOR HEARING ABOUT COURT FEE WAIVER ORDER (CONFIDENTIAL) FILED BY DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL | | |
| 2024-10-23 | ORDER DENYING WAIVER OF COURT FEES AND COSTS PURSUANT TO G.C. 68634 (E), CRC 3.52 (DENIED WITHOUT PREJUDICE) AS TO DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL | View | |
| 2024-10-23 | MASTER CALENDAR FEE WAIVER HEARING ON OCT-23-2024 IN DEPT. 206, HEARING ON APPLICANT/DEFENDANT FERNANDO CORCUCHIA'S WAIVER OF COURT FEES AND COSTS. NO | | |

| Date | Proceedings | Document | Fe |
|---|---|---|---|
| | APPEARANCE BY APPLICANT. THE COURT DENIED WITHOUT PREJUDICE THE APPLICATION IN WHOLE. ORDER SIGNED, AND ENDORSED-FILED COPY MAILED TO APPLICANT. JUDGE: ANNE-CHRISTINE MASSULLO; CLERK: JIROQUE; COURT REPORTER: MATTER NOT REPORTED. (206) | | |
| 2024-10-23 | MASTER CALENDAR FEE WAIVER HEARING ON OCT-23-2024 IN DEPT. 206, OFF CALENDAR -- DUPLICATE ENTRY. (206) | | |
| 2024-10-09 | ANSWER TO COMPLAINT FILED BY DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL | View | |
| 2024-10-09 | HEARING ORDERED FOR APPLICATION OF WAIVER OF COURT FEES FILED BY DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL HEARING SET FOR OCT-23-2024 AT 09:30 AM IN DEPT 206 | View | |
| 2024-10-09 | REQUEST PENDING TO WAIVE COURT FEES AND COSTS PURSUANT TO G.C. 68633, CRC 3.51, 8.26, AND 8.818 (CONFIDENTIAL) FILED BY DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL ORDER SETTING HEARING FOR OCT-23-2024 AT 09:30 AM IN DEPT 206 | | |
| 2024-09-18 | SUMMONS ON COMPLAINT (TRANSACTION ID # 74357391), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY SERVED SEP-12-2024, PERSONAL SERVICE AS TO DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL | View | |
| 2024-07-29 | SUMMONS ISSUED (TRANSACTION ID # 73819568) TO PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2024-07-26 | NOTICE TO PLAINTIFF | View | |
| 2024-07-26 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 73819568) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY | View | |
| 2024-07-26 | CONTRACT/WARRANTY, COMPLAINT (TRANSACTION ID # 73819568) FILED BY PLAINTIFF NEW YORK LIFE INSURANCE COMPANY AS TO DEFENDANT CORCUCHIA, FERNANDO , AN INDIVIDUAL DOES 1-50 NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JAN-08-2025 PROOF OF SERVICE DUE ON SEP-24-2024 CASE MANAGEMENT STATEMENT DUE ON DEC-16-2024 | View | |

Showing 1 to 42 of 42 entries Pre