# EXHIBIT C

ANDREW S. AZARMI (Bar No. 241407)
MENGMENG ZHANG (Bar No. 280411)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: andrew.azarmi@dentons.com
mengmeng.zhang@dentons.com

Attorneys for Plaintiff
NEW YORK LIFE INSURANCE COMPANY

Fernando Corcuchia
3739 Cesar Chavez Street
San Francisco, CA 94110
Tel.: (415) 794-3323
Email: fcorcuchia@gmail.com

Defendant *In Pro Per*

**FILED**
San Francisco County Superior Court

SEP 4 2025

CLERK OF THE COURT
BY: [signature]
Deputy Clerk

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CA 94612
(415) 882-5000

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>FERNANDO CORCUCHIA, an individual, and DOES 1-50,<br>Defendant. | Case No. CGC-24-616807<br><br>**~~[PROPOSED]~~ ~~ORDER GRANTING THE~~ JOINT ~~*EX PARTE* APPLICATION FOR ENTRY OF~~ STIPULATED JUDGMENT**<br><br>Date: September 4, 2025<br>Time: 11:00 a.m.<br>Dept.: 301 |

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CA 94612
(415) 882-5000

Plaintiff New York Life Insurance Company's ("New York Life") and defendant Fernando Corcuchia's ("Corcuchia") Joint *Ex Parte* Application for Entry of Stipulated Judgment came on for hearing on September 4, 2025, at 11:00 a.m. in Department 301 of the captioned court. After full consideration of the evidence, points and authorities, arguments of counsel, and good cause appearing, the Court ORDERS as follows:

1. The Joint *Ex Parte* Application for Entry of Stipulated Judgment is GRANTED

2. A monetary judgment is entered against Corcuchia and in favor of New York Life in the amount of $100,000 for the remaining contract debt Corcuchia owes to New York Life;

3. Corcuchia shall make payments to New York Life totaling (1) no less than $20,000 by or before December 31, 2025 and (2) the full amount of $100,000 by or before June 30, 2026;

4. New York Life's complaint for breach of contract is dismissed, without prejudice, as against Corcuchia.

5. The Court shall retain jurisdiction to enforce the terms of the Stipulated Judgment pursuant to Code of Civil Procedure, section 664.6.

6. The Stipulated Judgment is deemed entered as of the date of this Order.

**IT IS SO ORDERED.**

DATED: 9/4/2025

Judge of the Superior Court
CHRISTINE VAN AKEN